UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CASE NO. 2:12-cv-00450-UA-DNF

JEAN BRIGHT,

    Plaintiff,

v.

FIRST FINANCIAL ASSET
MANAGEMENT, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

                        Respectfully submitted,
                        JEAN BRIGHT

                        By: s/ Alex Weisberg
                        ALEX D. WEISBERG
                        FBN: 0566551
                        WEISBERG & MEYERS, LLC
                        ATTORNEYS FOR PLAINTIFF
                        5722 S. Flamingo Road, Ste. 656
                        Cooper City, FL 33330
                        (954) 212-2184
                        (866) 577-0963 fax
                        aweisberg@attorneysforconsumers.com

**CERTIFICATE OF SERVICE VIA REGULAR MAIL**

      I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Ms. Jay Marlin, First Financial Asset Management, Inc., 230 Peachtree Street, Suite 1700, Atlanta GA 30303, by depositing the same on August 28, 2012, in the U.S. Mail in an envelope with first class postage prepaid thereon.

      By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com